JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA KUEHL,<br><br>    Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>    Defendant. | Case No. 2:23-cv-06980-SB-SK<br><br>ORDER OF DISMISSAL |

    The parties filed a post-settlement conference status report indicating they had reached a settlement on January 3, 2024.  This action is therefore dismissed in its entirety without prejudice.[1]  For 30 days from the date of this order, the Court retains jurisdiction to vacate this order and to reopen the action nunc pro tunc on motion of any party.  By operation of this order and without further court action, the dismissal in this case will convert to a dismissal with prejudice on the 31st day, absent a timely motion to vacate and reopen.  If the case is reopened, the parties should be prepared for an expedited trial schedule.

    The Court expects the parties to finalize their settlement or else move to reopen the case for prosecution within the next 30 days as ordered above.  *Should the parties file any document that contains a request to extend the deadline for purposes of completing the settlement, counsel for both parties shall submit* **at least seven days before the deadline** *a declaration with a detailed timeline of all the efforts made to complete the settlement, and the parties shall be prepared to*

---

[1] The report contemplates that Plaintiff may file a motion for attorney's fees and costs if the parties are unable to agree on that issue.  The Court ORDERS the parties to meet and confer in person or by videoconference to attempt in good faith to reach agreement on the reasonable amount of attorney's fees to be awarded in this case.  If the parties after thorough good-faith negotiations are unable to reach agreement, Plaintiff no later than January 24, 2024, may move for the Court to reopen the case for the limited purpose of adjudicating a motion for attorney's fees.

*appear in court with a client representative to explain why the settlement could not be completed in the time allowed.*

Date: January 3, 2024

                                              Stanley Blumenfeld, Jr.
                                          United States District Judge

2